UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,
Plaintiffs

vs.                                     CASE NUMBER: 08-765(PLF)

Social Security Administration, et al.,
Defendants

### AFFIDAVIT OF SERVICE

<u>STEPHEN M VAN DE BERG</u>, Plaintiff 2, hereby declares that on the 19th day of May, 2008, we mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAY 27 |
| 1. Article Addressed to:<br>U.S. Attorney<br>501 Third Street, NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service la__ | 7004 0750 0000 5564 1794 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

_[signature]_
STEPHEN M VAN DE BERG
c/o 3947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania
484.885.0604

## RECEIVED
JUL 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,
Plaintiffs

vs.   CASE NUMBER: 08-765(PLF)

Social Security Administration, et al.,
Defendants

## AFFIDAVIT OF SERVICE

<u>STEPHEN M VAN DE BERG</u>, Plaintiff 2, hereby declares that on the 19th day of May, 2008, we mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAY 2 3 2008 |
| 1. Article Addressed to:<br>U.S. Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

_____
STEPHEN M VAN DE BERG
c/o 3947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania
484.885.0604

**RECEIVED**
JUL 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,
Plaintiffs

vs.                             CASE NUMBER: 08-765(PLF)

Social Security Administration, et al.,
Defendants

## AFFIDAVIT OF SERVICE

<u>STEPHEN M VAN DE BERG</u>, Plaintiff 2, hereby declares that on the 19th day of May, 2008, we mailed a copy of the summons and complaint, certified mail return receipt requested, to Social Security Administration. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  SOCIAL SECURITY ADMINISTRATION  BALTIMORE, MARYLAND 21235  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  MAY  C. Date of Delivery 2008 |
| 1. Article Addressed to:<br><br>Social Security Administration<br>Windsor Park Bldg<br>6401 Security Blvd<br>Baltimore, MD 21235 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0000 5592 2817 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

<u>STEPHEN M VAN DE BERG</u> TTEE
c/o 3947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania
484.885.0604

RECEIVED

JUL 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,
Plaintiffs

vs.                                    CASE NUMBER: 08-765(PLF)

Social Security Administration, et al.,
Defendants

## AFFIDAVIT OF SERVICE

<u>STEPHEN M VAN DE BERG</u>, Plaintiff 2, hereby declares that on the 19th day of May, 2008, we mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States Government. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) MAY 2 3 2008    C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Government<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 0750 0000 5592 2874 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

[signature]
STEPHEN M VAN DE BERG
c/o 5947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania
484.885.0604

**RECEIVED**
JUL 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT