Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEPHEN MICHAEL VAN DE BERG, ET AL.,

    Plaintiff(s)

    v.

Civil Action No. 08-765 PLF

SOCIAL SECURITY ADMINISTRATION, ET AL.,

    Defendant(s)

RE: DEFENDANTS SOCIAL SECURITY ADMINISTRATION and UNITED STATES OF AMERICA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/27/08, and an affidavit on behalf of the plaintiff having been filed, it is this 31 day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

    Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al,
Plaintiffs
vs.                                                    Civil Action No. 08-765(PLF)

Social Security Administration, et al,
Defendants

### AFFIDAVIT IN SUPPORT OF DEFAULT

We hereby certify under penalty of perjury, this 29th day of July, 2008, that we are the plaintiffs in the above-entitled case; that the defendants were served via registered or certified mail pursuant to rules 4(i)(1)(ii) and 4(i)(2) of the federal rules of civil procedure on May 27, 2008.

We further certify under penalty of perjury that: no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the plaintiffs; no extension has been given and the time for filing has expired.

The Clerk is requested to enter a Default against said defendants.

Respectfully Presented on July 29, 2008, by Plaintiffs.

Signed:

_____ STWD          7/29/08
Plaintiff 1: Stephen Michael Van De Berg, Steward
    c/o 3947 W. Lincoln Hwy, #333
    Downingtown, Pennsylvania
    sniffingdaddy@gmail.com

_____ TLL          7/29/08
Plaintiff 2: STEPHEN M VAN DE BERG
    c/o 3947 W. Lincoln Hwy, #333
    Downingtown, Pennsylvania 19335
    484.885.0604
    stephenmvandeberg@yahoo.com

**RECEIVED**

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Leana DeVore, Notary Public
East Brandywine Twp., Chester County
My Commission Expires April 14, 2012
Member, Pennsylvania Association of Notaries