UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,  CIVIL ACTION NO. 08-765 PLF
Plaintiffs

v.

Social Security Administration, et al.,
Defendants

RECEIVED
AUG 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Fed. R. Civ P. 6(b)(1), Plaintiffs in the above-captioned case respectfully moves this Court for an enlargement of time to September 4, 2008, to file their answer or other response to Defendants' "MOTION TO VACATE DEFAULT AND TO DISMISS THE COMPLAINT AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES". Neither Plaintiff is a professional attorney and Defendants' Motion is complex so more time is needed to respond. Defendants' counsel, Fred Haynes, suggested via phone Plaintiffs might need more time to respond. He said that if Plaintiffs needed more time Defendants would consent to giving Plaintiffs more time.

Attached is a draft order reflecting the requested relief.

Respectfully Submitted,

Signed:

_____  STWd  8/19/08
Plaintiff 1: Stephen Michael Van De Berg, Steward
    c/o 3947 W. Lincoln Hwy, #333
    Downingtown, Pennsylvania
    484.885.0604
    smilingdaddy@gmail.com

_____  ITE  8/19/08
Plaintiff 2: STEPHEN M VAN DE BERG
    c/o 3947 W. Lincoln Hwy, #333
    Downingtown, Pennsylvania 19335
    484.885.0604
    stephenmvandeberg@yahoo.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,　　　　　　　　　CIVIL ACTION NO. 08-765
Plaintiffs

v.

Social Security Administration, et al.,
Defendants

## ORDER

UPON CONSIDERATION of Plaintiffs' motion for an extension of time to file their answer or other response to Defendants' "MOTION TO VACATE DEFAULT AND TO DISMISS THE COMPLAINT AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES" it is by the Court this ___ day of _____, 2008, hereby

ORDERED, that Plaintiffs' motion is GRANTED, and it is

FURTHER ORDERED, that Plaintiffs shall have to and including September 4, 2008 to answer Defendants' Motion

UNITED STATES DISTRICT COURT

Copies to Counsel of Record

— Page 1 of 1 —

## CERTIFICATE OF SERVICE OF PROCESS

I hereby certify that on this 19th day of August, 2008, a copy of Plaintiffs' "MOTION FOR EXTENSION OF TIME TO ANSWER" Defendants' "MOTION TO VACATE DEFAULT AND TO DISMISS THE COMPLAINT AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES" was served by first-class mail, postage prepaid, on Defendants as follows:

U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20001

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Social Security Administration,
Windsor Park Building
6401 Security Blvd.
Baltimore, MD 21235,

United States Government,
950 Pennsylvania Avenue, NW
Washington, DC 20530,

Signed: _____   8/19/08
Plaintiff 1: Stephen Michael Van De Berg, Steward
c/o 3947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania
484.885.0604
smilingdaddy@gmail.com

_____   8/19/08
Plaintiff 2: STEPHEN M VAN DE BERG
c/o 3947 W Lincoln Hwy, #333
Downingtown, Pennsylvania 19335
484.885.0604
stephenmvandeberg@yahoo.com