UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stephen Michael Van De Berg, et al.,
Plaintiffs

v.

Social Security Administration, et al.,
Defendants

CIVIL ACTION NO. 08-765 (PLF)

**RECEIVED**

SEP - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### AMENDMENT TO PLAINTIFFS' "MOTION TO DENY DEFENDANTS' 'MOTION TO VACATE DEFAULT AND TO DISMISS THE COMPLAINT AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES'"

1  After Plaintiffs timely filed Plaintiffs' "MOTION TO DENY DEFENDANTS' 'MOTION
2  TO VACATE DEFAULT AND TO DISMISS THE COMPLAINT AND SUPPORTING
3  MEMORANDUM OF POINTS AND AUTHORITIES'" (hereinafter "Plaintiffs' Motion to
4  Deny"), Plaintiffs discovered case law which is directly on point regarding Plaintiffs' Motion to
5  Deny Defendants' motion to vacate default;

6  Wherefore, Plaintiffs file this Amendment to Plaintiffs' Motion to Deny to supplement
7  Plaintiffs' Motion to Deny. This Amendment is not meant to replace Plaintiffs' Motion to Deny;
8  rather, it is intended to supplement Plaintiffs' Motion to Deny with additional, on-point
9  information, which will help this Court;

10  Wherefore, with this filing, Plaintiffs amend Plaintiffs' Motion to Deny under the "First:
11  Defendants' Motion to Vacate Default Should Be Denied" heading with the following:

12  "In exercising discretion regarding enlargements of time, courts should be mindful that rules
13  are intended to force parties and their attorneys to be diligent in prosecuting their causes of
14  action; deadlines serve useful purpose and reasonable adherence to them is to be
15  encouraged." *Spears v City of Indianapolis* (1996, CA7 Ind) 74 F3d 153, 33 FR Serv 3d
16  1338.
17
18  "District court has discretion to grant defendant leave to answer out of time under FRCP
19  6(b), if defendant can show delay was caused by excusable neglect." *Jetcraft Corp. v
20  Banpais, S.A. de C.V.* (1996, DC Kan) 166 FRD 483.
21
22

"Contention by attorney for appellant that he should be excused for failure to file appeal on time because of other matters in his office does not show excusable neglect." *Maghan v Young (1946, App DC) 80 US App DC 395, 154 F2d 13; Citizens' Protective League, Inc. v Clark (1949, App DC) 85 US App DC 282, 178 F2d 703; United States ex rel. Robinson v Bar Ass'n of District of Columbia (1951, App DC) 89 US App DC 185, 190 F2d 664.*

"The only reason given by the Secretary for failure to timely file a motion and supporting memorandum of law was 'that the Regional Attorney's office, Health and Human Services, in Boston, Massachusetts, was not able to complete the brief due to be filed this date because of a backlog of cases.' **This does not amount to a showing of excusable neglect.** Cf. McDermott v. Lehman, 594 F. Supp. 1315 (D. Me. 1984); Greene v. Union Mutual Life Ins. Co., 102 F.R.D. 598 (D. Me. 1984)…the Court finds that the Secretary, by failing to timely file a motion and supporting memorandum of law in opposition to Plaintiff's motion or a motion for extension of time, has waived her right to file an opposing memorandum of law, and the case will be decided based on Plaintiff's submissions alone." *Mawhinney v Heckler (1985, DC Me) 600 F Supp 783.*[Emphasis added.]

"The effectiveness and need for harsh measures is particularly evident where a government is the noncomplying party and understaffing of government counsel's office is the cause of the government's dereliction. If the cause of the government's failures to comply with court orders is understaffing, then perhaps harsh measures will encourage those charged with funding and allocating personnel among the Department of Justice's various offices to take ameliorating action." *Covington v. District of Columbia, 1990 U.S. Dist. 2017*

Respectfully Presented on August 29, 2008, by Plaintiffs,

Signed:

_____    8/29/08
Plaintiff 1: Stephen Michael Van De Berg, Steward
c/o 3947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania
484.885.0604
smilingdaddy@gmail.com

_____    8/29/08
Plaintiff 2: STEPHEN M VAN DE BERG
c/o 3947 W. Lincoln Hwy, #333
Downingtown, Pennsylvania 19335
484.885.0604