UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STEPHEN M. VAN DE BERG,             )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    Civil Action No. 08-00765 (PLF)
                                    )
SOCIAL SECURITY ADMINISTRATION, et al., )
                                    )
    Defendants.                     )
_____ )


ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' motion to vacate default and to dismiss plaintiff's complaint [4] is GRANTED; it is

FURTHER ORDERED that the complaint is dismissed for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure; and it is

FURTHER ORDERED that all other pending motions are denied as moot. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

                                                                                             /s/_____
                                                                                             PAUL L. FRIEDMAN
                                                                                             United States District Judge

DATE: November 19, 2008